IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Valerie

Printed: 9/3/08

Case Number: 05 B 03022
Judge: Wedoff, Eugene R

Filed: 1/31/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 20, 2008
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,300.00 |  |
| Secured: |  | 6,622.79 |
| Unsecured: |  | 1,722.21 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 583.66 |
| Other Funds: |  | 1,477.34 |
| Totals: | 13,300.00 | 13,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Honor Finance | Secured | 6,622.79 | 6,622.79 |
| 3. | Illinois Dept Of Public Aid | Unsecured | 98.40 | 984.00 |
| 4. | Honor Finance | Unsecured | 73.82 | 738.21 |
| 5. | Illinois Dept Of Human Services | Priority |  | No Claim Filed |
| 6. | Charter One Bank | Unsecured |  | No Claim Filed |
| 7. | Illinois Dept Of Human Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,689.01 | $ 11,239.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 42.00 |
| 3% | 31.49 |
| 5.5% | 156.73 |
| 5% | 45.01 |
| 4.8% | 112.80 |
| 5.4% | 195.63 |
|  | _____ |
|  | $ 583.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Jackson, Valerie

Printed:  9/3/08

Case Number:  05 B 03022
Judge:  Wedoff, Eugene R
Filed:  1/31/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

